IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>Plaintiff,<br><br>v.<br><br>KNUCO CONTRACTING CORP.,<br><br>Defendant. | Civil Action No. 05-1507<br><br>Honorable Gary L. Lancaster |

**ORDER OF COURT**

AND NOW, to wit, this 22nd day of Dec, 2005, it is hereby

ORDERED that the above-referenced case is DISCONTINUED.

_____
United States District Court

LIT:380085-1